William L. Buus (SBN 180059)
John D. Tran (SBN 231761)
BUUS KIM KUO & TRAN LLP
4675 Macarthur Court, Ste. 590
Newport Beach, CA 92660
Telephone:  (949) 863-9782
Facsimile:  (949) 863-9783
E-Mail:     bbuus@bkktlaw.com
E-Mail:     jtran@bkktlaw.com

Attorneys for Plaintiff LIU YU-YIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LIU YU-YIN<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ADVA-LITE, et al.,<br><br>　　　　Defendants. | Case No.:SACV07-01390- CJC(RNBx)<br><br>Assigned to Hon. Cormac J. Carney<br>Department 9B<br><br>PLAINTIFFS' REQUEST TO CLERK TO ENTER DEFAULT OF DEFENDANTS ADVA-LITE, INC., JARCO U.S. CASTING CORP., AND MEGA SOUND & LIGHT, LLC |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff LIU YU-YIN ("Plaintiff") hereby submits this request that the Clerk of the above-entitled Court enter default in this matter against Defendants Adva-Lite, Inc.; Jarco U.S. Casting Corp.; and Mega Sound & Light, LLC, on the grounds that they have failed to appear or otherwise respond to the first amended complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the Summons on the First Amended Complaint on Defendant Adva-Lite, Inc. on April 11, 2008, Jarco U.S. Casting Corp. on April 23, 2008, and Mega Sound & Light, LLC on May 4, 2008, evidenced by the Proofs of Service of Summons. The above-stated facts are set forth in the

///

///

accompanying Proofs of Service of Summons of the First Amended Complaint and Declaration of John D. Tran, both filed simultaneously herewith.

DATED: July 1, 2008                    BUUS KIM KUO & TRAN LLP

*/s/ John D. Tran*
_____
By: John D. Tran
Attorneys for Plaintiff Liu Yu-Yin

**PLAINTIFF'S REQUEST TO CLERK TO ENTER DEFAULT OF DEFENDANTS ADVA-LITE, INC. ET. AL.**