JOHN D. TRAN (SBN 231761)
jtran@bkktlaw.com
WILLIAM L. BUUS (SBN 180059)
wbuus@bkktlaw.com
HUBERT H. KUO (SBN 204036)
hkuo@bkktlaw.com
BUUS KIM KUO & TRAN APC
4675 MacArthur Court, Suite 590
Newport Beach, California 92660
Telephone:  (949)863-9782
Facsimile:  (949)863-9783

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LIU-YU YIN,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVA-LITE, INC., et al.,<br><br>    Defendants. | Case No.: SACV07-1390 CJC (RNBx)<br><br>Assigned to Hon. Cormac J. Carney<br>Courtroom 9B<br><br>**[PROPOSED] JUDGMENT** |

This Court, having considered the submissions of Plaintiff Liu-Yu Yin ("Plaintiff"), including the Complaint against Defendants Adva-Lite, Inc., Jarco U.S. Casting Corp., and Mega Sound & Light, LLC, ("Defendants"), the Application for Default Judgment ("the Application"), the Memorandum of Points and Authorities in Support of the Application, the Exhibits attached to the Application, and good and sufficient cause appearing therefore, hereby GRANTS the Application and ORDERS, ADJUDGES AND DECREES as follows:

1. United States Patent Nos. 6,682,212, 6,523,969 are valid and enforceable.

2. The Adva-Lite products identified as 6022, 6031 and XLT5100 infringe at least claim 1 of the United States Patent Nos. 6,682,212, 6,523,969.

3. The Jarco U.S. Castings Corp. product identified as 2320 infringe at

least claim 1 of the United States Patent Nos. 6,682,212, 6,523,969.

     4.     The Mega Sound & Light, LLC product identified as 95006 infringe at least claim 1 of the United States Patent Nos. 6,682,212, 6,523,969.

     5.     Defendants, its parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order are immediately enjoined from manufacturing, importing, distributing, shipping, advertising, marketing, promoting, selling or offering to sell the infringing products listed above in paragraph 2, 3, and 4.

     6.     Defendants, its parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive notice of this Order shall immediately take affirmative action to contact their customers and recall from the market any products as set out in paragraphs 2, 3, and 4 above. All infringing products shall immediately be turned over to representatives of Plaintiff for destruction.

     7.     Plaintiff shall also be awarded costs of suit in the amount of $_____. Post-judgment interest shall accrue on such amount from the date of entry of this Judgment until paid in full.

Dated: March 19, 2009               _____
                                              Hon. Cormac J. Carney
                                            United States District Court